## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLIFTON LEE**                                                                                        **PLAINTIFF**

**v.**                                              **4:07CV00455-WRW**

**NUCOR-YAMATO STEEL COMPANY,** *et al.*                                         **DEFENDANTS**

### ORDER

Pending is the parties' joint Motion For Extension Of Time To Complete Discovery (Doc. No. 25.) The Motion is GRANTED to the extent indicated by the dates below:

| | |
|---|---|
| Discovery Cutoff: | June 6, 2008 |
| Dispositive Motions: | June 13, 2008 |
| Response to Dispositive Motions: | June 27, 2008 |
| Reply to Response to Dispositive Motions: | July 1, 2008 |
| Pre-trial Disclosure Sheets: | June 27, 2008 |
| Objections to Pre-trial Disclosure Sheets: | July 11, 2008 |
| Jury Trial: | July 22, 2008 |

Also pending are Plaintiff's Motion To Compel Discovery (Doc. No. 21) and Defendants' Motion To Dismiss Plaintiff's Motion To Compel (Doc. No. 22). Because the parties do not believe they will require the Court's intervention to resolve the discovery dispute, both motions are MOOT.

IT IS SO ORDERED this 10th day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE