IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLIFTON LEE, SR.                                                                                    PLAINTIFF

vs.                                          NO: 4:07CV00455BSM

NUCOR-YAMATO STEEL
COMPANY, ET AL.                                                                                DEFENDANTS

## ORDER

Pending before the court is Defendants' motion to transfer venue to the Jonesboro Division pursuant to 28 U.S.C. § 1404(a). The issue of venue was raised by Defendants over a year ago. On July 2, 2007, the Honorable William R. Wilson, Jr. denied Defendants' motion to transfer the case to the Jonesboro Division. In his order, Judge Wilson considered the factors set forth in section 1404(a) but determined that Plaintiff's choice of forum should not be disturbed. Defendants, not satisfied with Judge Wilson's ruling, now seek relief from the undersigned, to whom the case was transferred, and raise essentially the same arguments as were raised in their previous motion.

The court finds that Defendants' motion, Plaintiff's response, and Defendants' reply merely burden the record because the court has already decided the issue and nothing presented by the parties warrants overturning Judge Wilson's decision. Accordingly, the motion to transfer venue (Doc. No. 33) is denied and the motion for a hearing on the motion to transfer venue (Doc. No. 47) is denied.

IT IS SO ORDERED this 22nd day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE