IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CLIFTON LEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:07-CV-00455-BSM |
| NUCOR-YAMATO STEEL COMPANY; | ) | JURY DEMAND |
| NUCOR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR DISMISSAL WITH PREJUDICE**

The Court having reviewed the parties' Stipulation of Dismissal With Prejudice and being otherwise fully advised in the premises.

IT IS HEREBY ORDERED that the above-entitled cause of action is dismissed with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the case.

*/s/ Brian S. Miller*
Brian S. Miller
United States District Judge